THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
State of South
 Carolina, Respondent,
v.
Martin Jeffrey Eslick, Appellant.
 
 
 

Appeal From Greenville County
 Charles B. Simmons, Jr., Special Circuit
 Court Judge

Unpublished Opinion No.  2011-UP-498
Submitted November 1, 2011  Filed
 November 9, 2011 

AFFIRMED

 
 
 
J. Bradley Bennett, of Greenville, for Appellant.
David W. Holmes, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Martin Jeffrey Eslick appeals the circuit court's
 order dismissing his criminal appeal from the municipal court.  He argues the
 circuit court erred in dismissing his appeal because his notice of appeal
 sufficiently set forth proper legal grounds for his appeal.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  City of
 Rock Hill v. Suchenski, 374 S.C. 12, 15, 646 S.E.2d 879, 880 (2007)
 ("In criminal appeals from municipal court, the circuit court does not
 conduct a de novo review. . . .  [An] appellate court reviews errors of law
 only." (citations omitted)); Rogers v. State, 358 S.C. 266, 269,
 594 S.E.2d 278, 279 (Ct. App. 2004) ("[Appellant] does not allege an error
 of law, but instead argues that evidence in the record fails to support . . .
 the municipal court's conclusion of his guilt . . . .").
AFFIRMED.
FEW,
 C.J., THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.